# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PINSTRIPES HOLDINGS, INC., *et al.*,[1] | Case No. 25-11677 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. __** |

### SECOND (2ND) OMNIBUS ORDER (I) AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS, INCLUDING CERTAIN UNEXPIRED EQUIPMENT LEASES, EFFECTIVE AS OF THE REJECTION DATE, AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (this "**Order**") authorizing the Debtors to reject the Rejected Contracts set forth on **Exhibit 1** to this Order, effective as of the Rejection Date and granting related relief, all as more fully set forth in the Motion; and upon consideration of the record of these chapter 11 cases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required except as otherwise provided herein; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion and having heard the statements in support

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pinstripes Holdings, Inc. (6699); Pinstripes, Inc. (8608); Pinstripes Hillsdale LLC (6064); Pinstripes at Prairiefire, Inc. (7018); and Pinstripes Illinois, LLC (6432). For purposes of these chapter 11 cases, the Debtors' service address is 1150 Willow Road, Northbrook, Illinois 60062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of the relief requested in the Motion at a hearing before this Court; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Contracts, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Date.

3. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

4. Any person or entity that holds a claim that arises from the Rejected Contracts must file a proof of claim based on such rejection within thirty (30) days of the date hereof.

5. Nothing in this Order: (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors and their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors and their estates with respect to the validity, priority, or amount of any claim against the Debtors and their estates; or (c) shall be construed as a promise to pay any claim.

6. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

7. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## EXHIBIT 1

### Rejected Contracts[1]

| Title of Contract | Counterparty | Address |
|---|---|---|
| Electricity Supply Agreement – Fixed Price Solutions (dated as of April 23, 2024) for Fort Worth, TX location | Constellation NewEnergy, Inc. | Administration 1001 Louisiana St. Constellation Suite 2300 Houston, TX 77002 Attn: Contracts Administration |
| Financing Lease Contract dated as of March 1, 2025 | Edge Communications Solutions LLC d/b/a Edge Communications | 6505 Windcrest Drive, Suite 200, Plano TX 75024 |
| Equipment Lease (dated as of October 16, 2014) and related Amendment (dated as of July 1, 2023) for East Illinois Steet, IL location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |
| Equipment Lease (dated as of February 1, 2018) and related Amendment (dated as of July 1, 2023) for Ft. Worth, TX location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |
| Equipment Lease (dated as of August 10, 2019) and related Amendment (dated as of July 1, 2023) for Houston, TX location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |
| Equipment Lease (dated as of April 4, 2023) for Miami, FL location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |
| Equipment Lease (dated as of April 17, 2014) and related Amendment (dated as of July 1, 2023) for Overland Park, KS location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |
| Equipment Lease (dated as of June 27, 2023) for Paramus, NJ location | Empire Cooler Service LLC | Attn: Jim Nelson 600 W Jackson Blvd Suite 700 Chicago, IL 60661 |

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any exhibits and schedules thereto.

| | | |
|---|---|---|
| Equipment Lease (dated as of November 8, 2019) for Norwalk, CT location | Empire Cooler Service LLC | Attn: Jim Nelson<br>600 W Jackson Blvd Suite 700<br>Chicago, IL 60661 |
| Equipment Lease (dated as of May 24, 2024) for Walnut Creek, CA location | Empire Cooler Service LLC | Attn: Jim Nelson<br>600 W Jackson Blvd Suite 700<br>Chicago, IL 60661 |
| Equipment Lease (dated as of February 26, 2024) for Orlando, FL location | Empire Cooler Service LLC | Attn: Jim Nelson<br>600 W Jackson Blvd Suite 700<br>Chicago, IL 60661 |
| Equipment Lease (dated as of April 4, 2023) for Canoga Park, CA location | Empire Cooler Service LLC | Attn: Jim Nelson<br>600 W Jackson Blvd Suite 700<br>Chicago, IL 60661 |
| Order Form and Service Agreement dated as of December 18, 2023 | Get ResQ US Ltd | 251 Little Falls Drive<br>Wilmington, DE 19808 |
| Order Form dated March 4, 2024 | Sertifi, Inc. | 333 N. Green St.<br>Chicago, IL 60607 |
| Order Form dated March 18, 2024 | Sertifi, Inc. | 333 N. Green St.<br>Chicago, IL 60607 |
| Order Form (dated as of November 14, 2019) for multiple Pinstripes locations | SevenRooms Inc. | Attn: Alexa Parisella<br>122 W. 27th Street<br>7th Floor<br>New York, NY 10001 |
| Subscription Agreement dated as of August 5, 2022 | site\|folio, LLC | Attn: Jason Nejezchleb<br>1037 NE 65th Street, Suite 229<br>Seattle, WA 98115 |
| Master Terms and Conditions and Orders for Services dated as of September 25, 2024 | Workiva Inc. | Attn: Jill Klindt<br>2900 University Boulevard<br>Ames, IA 50010 |