## SCHEDULE A

| STORE NO. | CENTER | LOCATION | DEBTORS' CURE | LANDLORDS' CURE | EXHIBIT NO. |
|---|---|---|---|---|---|
| 101 | Pike & Rose | Bethesda, MD | $852,880.00 | $903,803.14 | 1 |