# EXHIBIT 1

Pinstripes
Pike & Rose, North Bethesda, Maryland
Landlord:  Federal Realty OP LP
Security Deposit:
Guarantor:
Date: September 24, 2025
Chapter 11 File Date:   September 8, 2025
Lease Expiration Date:   August 31, 2028

**Pre-petition**

| Date | Description | Amount |
|---|---|---:|
| 08/05/2024 | July 2024 Late Fees | 440.00 |
| 09/05/2024 | August 2024 Late Fees | 400.00 |
| 10/05/2024 | September 2024 Late Fees | 440.00 |
| 11/05/2024 | October 2024 Late Fees | 580.00 |
| 12/05/2024 | November 2024 Late Fees | 260.00 |
| 12/15/2024 | SEW 09/06/24 - 10/09/24 | 4,500.77 |
| 01/05/2025 | December 2024 Late Fees | 340.00 |
| 01/15/2025 | SEW 10/09/24 - 11/06/24 | 4,212.24 |
| 02/05/2025 | January 2025 Late Fees | 520.00 |
| 02/10/2025 | 2023/24 Fiscal RE Tax Year End | 154.15 |
| 02/15/2025 | SEW 11/06/24 - 12/12/24 | 5,646.42 |
| 03/05/2025 | February 2025 Late Fees | 540.00 |
| 03/15/2025 | SEW 12/12/24 - 01/16/25 | 5,148.46 |
| 04/01/2025 | 0425 - Minimum Rent Retail | 102,787.34 |
| 04/01/2025 | 0425 - Minimum Rent Retail | 3,284.48 |
| 04/01/2025 | 0425 - Fixed CAM | 18,184.91 |
| 04/01/2025 | 0425 - Merchant Association Dues | 1,213.65 |
| 04/01/2025 | 0425 -  Add'l Rent-Acoustical | 3,693.20 |
| 04/01/2025 | 0425 - Grease Trap Recovery | 262.00 |
| 04/01/2025 | 0425 - RE Tax Majors Monthly | 11,498.05 |
| 04/05/2025 | March 2025 Late Fees | 380.00 |
| 04/11/2025 | OTH 4/11/25-Mona Electric | 152.00 |
| 04/15/2025 | SEW 01/16/25 - 02/20/25 | 4,962.66 |
| 04/25/2025 | OTH: Annual Sprinkler Testing | 529.60 |
| 05/01/2025 | 0525 - Minimum Rent Retail | 102,787.34 |
| 05/01/2025 | 0525 - Minimum Rent Retail | 3,284.48 |
| 05/01/2025 | 0525 - Fixed CAM | 18,184.91 |
| 05/01/2025 | 0525 - Merchant Association Dues | 1,213.65 |
| 05/01/2025 | 0525 -  Add'l Rent-Acoustical | 3,693.20 |
| 05/01/2025 | 0525 - Grease Trap Recovery | 262.00 |
| 05/01/2025 | 0525 - RE Tax Majors Monthly | 11,498.05 |
| 05/15/2025 | SEW 02/20/25 - 03/20/25 | 4,032.01 |
| 06/01/2025 | 0625 - Minimum Rent Retail | 102,787.34 |
| 06/01/2025 | 0625 - Minimum Rent Retail | 3,284.48 |
| 06/01/2025 | 0625 - Fixed CAM | 18,184.91 |
| 06/01/2025 | 0625 - Merchant Association Dues | 1,213.65 |
| 06/01/2025 | 0625 -  Add'l Rent-Acoustical | 3,693.20 |
| 06/01/2025 | 0625 - Grease Trap Recovery | 262.00 |
| 06/01/2025 | 0625 - RE Tax Majors Monthly | 11,498.05 |
| 06/05/2025 | May 2025 Late Fees | 600.00 |
| 06/15/2025 | WTR 03/20/25 - 04/18/25 | 3,945.37 |
| 06/26/2025 | OTH 6/26/25 Fire Alarm Tsting | 216.00 |

| Date | Description | Amount |
|---|---|---:|
| 07/01/2025 | 0725 - Minimum Rent Retail | 102,787.34 |
| 07/01/2025 | 0725 - Minimum Rent Retail | 3,284.48 |
| 07/01/2025 | 0725 - Fixed CAM | 18,184.91 |
| 07/01/2025 | 0725 - Merchant Association Dues | 1,213.65 |
| 07/01/2025 | 0725 -  Add'l Rent-Acoustical | 3,693.20 |
| 07/01/2025 | 0725 - Grease Trap Recovery | 262.00 |
| 07/01/2025 | 0725 - RE Tax Majors Monthly | 11,498.05 |
| 07/05/2025 | June 2025 Late Fees | 580.00 |
| 07/15/2025 | WTR 04/18/25 - 05/13/25 | 3,459.93 |
| 08/01/2025 | 0825 - Minimum Rent Retail | 102,787.34 |
| 08/01/2025 | 0825 - Minimum Rent Retail | 3,284.48 |
| 08/01/2025 | 0825 - Fixed CAM | 18,184.91 |
| 08/01/2025 | 0825 - Merchant Association Dues | 1,213.65 |
| 08/01/2025 | 0825 -  Add'l Rent-Acoustical | 3,693.20 |
| 08/01/2025 | 0825 - Grease Trap Recovery | 262.00 |
| 08/01/2025 | 0825 - RE Tax Majors Monthly | 11,498.05 |
| 08/05/2025 | July 2025 Late Fees | 600.00 |
| 08/15/2025 | WTR 05/13/25 - 06/13/25 | 4,098.03 |
| 09/01/2025 | 0925 - Minimum Rent Retail (9/1 - 9/7 - 7 days) | 23,983.71 |
| 09/01/2025 | 0925 - Minimum Rent Retail (9/1 - 9/7 - 7 days) | 766.38 |
| 09/01/2025 | 0925 - Fixed CAM (9/1 - 9/7 - 7 days) | 4,370.44 |
| 09/01/2025 | 0925 - Merchant Association Dues (9/1 - 9/7 - 7 days) | 297.34 |
| 09/01/2025 | 0925 -  Add'l Rent-Acoustical (9/1 - 9/7 - 7 days) | 861.75 |
| 09/01/2025 | 0925 - Grease Trap Recovery (9/1 - 9/7 - 7 days) | 61.13 |
| 09/01/2025 | 0925 - RE Tax Majors Monthly (9/1 - 9/7 - 7 days) | 2,682.88 |
| 09/05/2025 | August 2025 Late Fees | 600.00 |
| | Total: | 784,979.42 |

**Post-petition**

| Date | Description | Amount |
|---|---|---:|
| 09/01/2025 | 0925 - Minimum Rent Retail (9/8 - 9/30 - 23 days) | 78,803.63 |
| 09/01/2025 | 0925 - Minimum Rent Retail (9/8 - 9/30 - 23 days) | 2,518.10 |
| 09/01/2025 | 0925 - Fixed CAM (9/8 - 9/30 - 23 days) | 14,360.02 |
| 09/01/2025 | 0925 - Merchant Association Dues (9/8 - 9/30 - 23 days) | 976.99 |
| 09/01/2025 | 0925 -  Add'l Rent-Acoustical (9/8 - 9/30 - 23 days) | 2,831.45 |
| 09/01/2025 | 0925 - Grease Trap Recovery (9/8 - 9/30 - 23 days) | 200.87 |
| 09/01/2025 | 0925 - RE Tax Majors Monthly (9/8 - 9/30 - 23 days) | 8,815.17 |
| 09/15/2025 | WTR 06/13/25 - 07/18/25 | 4,572.49 |
| 09/15/2025 | FOG Charge: 07/12/25-07/11/26 | 745.00 |
| | Total: | 113,823.72 |

**TOTAL BASE CURE:** 898,803.14
Plus Attorney Fees: 5,000.00
**TOTAL CURE:** 903,803.14